UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIEVE FLINN,

       Plaintiff,                                  Case No. 2:24-cv-12907

v.                                                Honorable Susan K. DeClercq
                                                    United States District Judge
JEFF AMROSS et al.,

       Defendants.
_____/

## ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

On March 18, 2025, Plaintiff Kieve Flinn was ordered to show cause why the case should not be dismissed for failure to serve Defendants. ECF No. 6. Flinn's deadline to respond to the show cause order was April 9, 2025. *Id.* at PageID.15.

Proper service of process is fundamental for courts to exercise jurisdiction over defendants. *Lu v. SAP Am., Inc.*, No. 22-1253, 2022 WL 13983546, at *3 (6th Cir. Oct. 24, 2022) (citing *Canaday v. Anthem Cos.*, 9 F.4th 392, 395 (6th Cir. 2021)). Civil Rules 4(m) and 41(b) mandate dismissal if service is not completed within the allotted time, unless good cause is shown for the failure. *See Koehn v. 313 Presents, LLC*, 649 F. Supp. 3d 465, 467 (E.D. Mich. 2023) (citing *Friedman v. Est. of Presser*, 929 F.2d 1151, 1157 (6th Cir. 1991)).

Flinn was warned that failure to respond to the show cause order would result in his case being dismissed. ECF No. 6 at PageID.15. To date, Flinn has neither filed

proof of service, nor shown good cause for his failure to perfect service, as was directed by the show-cause order.

Accordingly, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE** under Civil Rules 4(m) and 41(b).

**This is a final order and closes the above-captioned case**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: April 17, 2025